## OPINIONS PER CURIAM, ETC., FROM JAN-UARY 6, 1914, TO MARCH 23, 1914.

No. 776. STAR CHRONICLE PUBLISHING COMPANY, PLAINTIFF IN ERROR, v. UNITED PRESS ASSOCIATIONS. In error to the United States Circuit Court of Appeals for the Eighth Circuit. Motion to dismiss or affirm and for damages. Submitted January 5, 1914. Decided January 12, 1914. *Per Curiam.* Dismissed for want of jurisdiction. *Omaha Railroad Company* v. *Omaha*, 230 U. S. 123; *Shulthis* v. *McDougal*, 225 U. S. 561; *Chicago Junction Railway Company* v. *King*, 222 U. S. 223; *In re Metropolitan Railway Receivership*, 208 U. S. 109. *Mr. Shepard Barclay* for the plaintiff in error. *Mr. Campbell Cummings* for the defendant in error.

No. 356. LEON CARDENAS MARTINEZ, PLAINTIFF IN ERROR, v. THE STATE OF TEXAS. In error to the Court of Criminal Appeals of the State of Texas. Motion to dismiss submitted December 15, 1913. Decided January 12, 1914. *Per Curiam.* Dismissed for want of jurisdiction. *Ex parte Siebold*, 100 U. S. 371, 375; *Ex parte Crouch*, 112 U. S. 178; *Andrews* v. *Swartz*, 156 U. S. 272; *Barrington* v. *Missouri*, 205 U. S. 483; *Leeper* v. *Texas*, 139 U. S. 462; *Fullerton* v. *Texas*, 196 U. S. 192; *McCorquodale* v. *Texas*, 211 U. S. 432. *Mr. B. F. Looney* for the defendant in error. No appearance for the plaintiff in error.